UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISSAC PAUL AGUIRRE, | ) | No. EDCV 09-32 CAS (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MATTHEW KRAMER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition on the merits with prejudice.

DATED: March 26, 2012

_Christina A. Snyder_
CHRISTINA A. SNYDER
United States District Judge