UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC PAUL AGUIRRE, | No. EDCV 09-32 CAS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW KRAMER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 26, 2012

_Christina A. Snyder_
CHRISTINA A. SNYDER
United States District Judge