1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9
10   ISSAC PAUL AGUIRRE,              )   No. EDCV 09-32 CAS (FFM)
                                      )
11                     Petitioner,    )
                                      )   JUDGMENT
12          v.                        )
                                      )
13   MATTHEW KRAMER, Warden,          )
                                      )
14                     Respondent.    )
     _____)
15
16          Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
17   United States Magistrate Judge,
18          IT IS ADJUDGED that the Petition is dismissed with prejudice.
19
20   DATED:  March 26, 2012
21
22
23                                        _____
                                          CHRISTINA A. SNYDER
                                          United States District Judge
24
25
26
27
28